Kristen T. Gallagher (NSBN 9561)
Daniel I. Aquino (NSBN 12682)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
kgallagher@mcdonaldcarano.com
daquino@mcdonaldcarano.com

*Attorneys for Defendant Linkan Engineering, Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHASE SMITH, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINKAN ENGINEERING, LTD.,<br><br>Defendant. | Case No. 3:25-cv-00579-CLB<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT LINKAN ENGINEERING, LTD. TO RESPOND TO COLLECTIVE ACTION COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>[ECF No. 6] |

Pursuant to Local Rule IA 6-1 and Local Rule IA 6-2, Defendant Linkan Engineering, Ltd. ("Linkan") submits this Unopposed Motion to Extend Time for Linkan to Respond to Collective Action Complaint from November 12, 2025 to December 5, 2025 ("Unopposed Motion"), as follows:

1. The Collective Action Complaint ("Complaint") was filed on Wednesday, October 15, 2025 (ECF No. 1), and Linkan was served a copy of the Complaint on October 22, 2025. As such, Linkan's current deadline to respond or otherwise answer the Complaint is Wednesday, November 12, 2025.

2. On November 10, 2025, Linkan's counsel met and conferred with counsel for Plaintiff Chase Smith ("Smith") to discuss extending Linkan's November 12, 2025, deadline to respond or otherwise answer the Complaint.

4938-0957-3753.2

3. During the meet and confer, counsel for Smith agreed not to oppose any such extension request made by Linkan via motion to the Court, so long as Linkan's requested extension did not exceed Friday, December 5, 2025. Counsel for Linkan agreed to this condition.

4. In alignment with the agreement reached by the parties, the Unopposed Motion presently before the Court seeks to extend the November 12, 2025, deadline for Linkan to respond or otherwise answer the Complaint to Friday, December 5, 2025.

5. This is Linkan's first request for an extension of the deadline to respond or otherwise answer the Complaint.

6. Linkan makes this request in good faith and not to delay litigation or prejudice any party. Good cause exists for this extension in light of counsel for Linkan only recently being retained in this matter as well as time-sensitive competing matters and deadlines in other cases.

Accordingly, Linkan respectfully requests the Court grant the Unopposed Motion and extend the deadline for Linkan to respond or otherwise answer the Complaint from Wednesday, November 12, 2025, to Friday, December 5, 2025.

Dated this 12th day of November, 2025

McDONALD CARANO LLP

By: */s/ Daniel I. Aquino*
    Kristen T. Gallagher (NSBN 9561)
    Daniel I. Aquino (NSBN 12682)
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102

*Attorneys for Defendant Linkan Engineering, Ltd.*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 13, 2025